IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EDWARD LEE ALLEN
ADC# 657950                                                                                    PLAINTIFF

v.                              No. 3:11-cv-179-DPM-HDY

WALTER TOWNE                                                                              DEFENDANT

ORDER

The Court has reviewed Magistrate Judge H. David Young's Proposed Findings and Recommendations, *Document No. 7*. Allen objected, albeit belatedly and obliquely. *Document No. 9*. On *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Magistrate Judge Young's proposal except for the appeal certification.

Allen's complaint is dismissed with prejudice. This dismissal shall count as a "strike" for purposes of 28 U.S.C. § 1915(g).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 Nov. 2011