IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EDWARD LEE ALLEN
ADC# 657950                                                                    PLAINTIFF

v.                              No. 3:11-cv-179-DPM

WALTER TOWNE                                                                   DEFENDANT

JUDGMENT

Allen's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 Nov. 2011